EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Aprobación de Reglamento para la Concesión de Licencias Sabáticas a Jueces y Juezas de la Rama Judicial de Puerto Rico | 2008 TSPR 22<br><br>173 DPR _____ |

Número del Caso: ER-2008-01

Fecha: 13 de febrero de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Aprobación de Reglamento para          ER-2008-01
la Concesión de Licencias
Sabáticas a Jueces y Juezas de
la Rama Judicial de Puerto Rico

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de febrero de 2008.

La Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003, Ley Núm. 201 de 22 de agosto de 2003, 4 L.P.R.A. sec. 24 et seq., en su Artículo 2.007, faculta al Juez Presidente a conceder licencias sabáticas a jueces y juezas. Dispone, además, que el Tribunal Supremo establecerá un reglamento que fije las condiciones para otorgar estas licencias.

De conformidad con esta disposición, aprobamos el Reglamento para la Concesión de Licencias Sabáticas a Jueces y Juezas de la Rama Judicial de Puerto Rico, que acompañamos con esta Resolución. Este Reglamento tiene el propósito de ofrecer a los miembros de la Judicatura la oportunidad de realizar estudios, investigaciones y otras actividades creativas que redunden en su mejoramiento profesional y en beneficio de la Rama Judicial. Además provee para la concesión de licencias sabáticas para realizar actividades de carácter docente en los programas de educación judicial de la Rama Judicial.

Se regulan, entre otros, asuntos tales como elegibilidad, duración y términos, requisitos para su solicitud y su evaluación, la compensación, el contrato para formalizarla, las consecuencias de su incumplimiento y la convalidación de los estudios, investigaciones o actividades realizadas por créditos u horas de educación jurídica continua.

El Reglamento que hoy aprobamos representa un paso de vanguardia y refleja la importancia que le otorgamos al desarrollo académico y mejoramiento de nuestra Judicatura.

Este Reglamento entrará en vigor treinta (30) días contados a partir de la presente Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Lcda. Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo

**TRIBUNAL SUPREMO DE PUERTO RICO**

**SECRETARIADO DE LA CONFERENCIA JUDICIAL Y NOTARIAL**

**Reglamento para la Concesión de Licencias Sabáticas a Jueces y Juezas de la Rama Judicial de Puerto Rico**



**FEBRERO 2008**

# REGLAMENTO PARA LA CONCESIÓN DE LICENCIAS SABÁTICAS A LOS JUECES Y JUEZAS DE LA RAMA JUDICIAL DE PUERTO RICO

## BASE JURÍDICA

Este Reglamento es aprobado de conformidad con la facultad conferida al Tribunal Supremo en el Art. 2.007 de la Ley Núm. 201 de 22 de agosto de 2003, mejor conocida como "Ley de la Judicatura del Estado Libre Asociado de Puerto Rico de 2003".

## Regla 1. Título

Este Reglamento se conocerá como "Reglamento para la Concesión de Licencias Sabáticas a Jueces y Juezas de la Rama Judicial de Puerto Rico".

## Regla 2.  Propósito

Las licencias sabáticas tienen el propósito de ofrecer a los miembros de la Judicatura la oportunidad de realizar estudios, investigaciones y otras actividades creativas que redunden en su mejoramiento profesional y en beneficio de la Rama Judicial.  También se podrán conceder licencias sabáticas para realizar actividades de carácter docente en los programas de educación judicial de la Rama Judicial.

## Regla 3.  Elegibilidad

Todo Juez o toda Jueza del Tribunal de Apelaciones y del Tribunal de Primera Instancia que cumpla con todos los siguientes requisitos será elegible para solicitar una licencia sabática:

a. Que haya cumplido, al menos, cuatro años consecutivos de servicio en la judicatura.

b. Que, a partir de la fecha en que tiene programado comenzar el disfrute de la licencia solicitada, le quede a su término de

nombramiento, como mínimo, el doble del tiempo que solicita para el disfrute de la licencia.

c.    Que no haya disfrutado de una licencia sabática en los últimos cuatro años consecutivos de servicios desde que se reintegró al servicio a partir de cualquier licencia sabática anterior.

## Regla 4.  Cómputo de los años de servicio

Para el cómputo de los años de servicio requeridos para ser elegible para una licencia sabática, no se contarán los periodos de cualquier licencia con o sin sueldo y de licencia sabática disfrutados por el o la solicitante, excepto periodos de licencias ordinarias acumuladas para vacaciones o enfermedad.

## Regla 5.  Duración y Términos

Todas las licencias sabáticas tendrán una duración máxima de seis meses.  El Juez Presidente o la Jueza Presidenta podrá extenderlas hasta un máximo de un año cuando lo estime meritorio.

Durante el disfrute de la licencia, ninguna jueza o juez quedará exento de cumplir con los Cánones de Ética Judicial, ni de rendir los informes requeridos por dichos Cánones o cualquier otro informe que le sea requerido por alguna ley o reglamento o por el Juez Presidente o la Jueza Presidenta.

Una vez concluida la licencia sabática, el juez o la jueza que la haya disfrutado deberá reintegrarse a laborar por un período mínimo de seis meses antes de solicitar cualquier tipo de licencia, salvo licencias por enfermedad u otras análogas (licencia de maternidad o paternidad, licencia por funeral, etc.).

## Regla 6.  Solicitud

La solicitud para la concesión de una licencia sabática se presentará por escrito previo al comienzo del año fiscal (antes del 1 de julio) en el cual se pretende disfrutar del referido beneficio, y no menos de tres meses antes de la fecha en la cual se interesa comenzar la licencia.

La solicitud incluirá la fecha de comienzo y terminación de la licencia solicitada y expondrá el propósito, con una descripción detallada del proyecto o de la actividad para la cual se solicita. También deberán especificarse las razones que justifican la concesión de la licencia en términos de los beneficios que representaría para la administración de la justicia y para la Rama Judicial y para el desempeño de las funciones judiciales del o de la solicitante. En caso de solicitarse por un término mayor de seis meses, se incluirán las razones que justifican su extensión.

La solicitud se someterá por escrito a la Directora Administrativa o al Director Administrativo de los Tribunales, quien la referirá a la Junta Académica de la Academia Judicial con sus recomendaciones, en un término de quince días. Toda solicitud que no satisfaga los requisitos antes expresados, será rechazada de plano y se devolverá.

**Regla 7. Evaluación de Solicitudes**

La Academia Judicial recopilará, evaluará y divulgará información sobre las posibilidades de estudios de interés para la Judicatura y la disponibilidad de oportunidades para participar en investigaciones jurídicas que puedan redundar en beneficio de la Rama Judicial. También podrá divulgar información y hacer recomendaciones específicas para la concesión de licencias para realizar actividades de carácter docente en los programas de educación judicial de la Rama Judicial.

La Junta Académica se reunirá por los menos una vez al año a comienzos del año fiscal y en las ocasiones en que el Juez Presidente o la Jueza Presidenta la convoque para atender las solicitudes de licencias sabáticas presentadas por los jueces y las juezas. La Junta evaluará las solicitudes y podrá requerir información adicional al o a la solicitante antes de hacer sus recomendaciones al Juez Presidente o a la Jueza Presidenta.

Al evaluar una solicitud de licencia sabática, la Junta tomará en consideración el beneficio potencial que la concesión de la sabática tiene para la administración de la justicia, para la educación judicial y para mejorar el desempeño de las funciones judiciales del o de la solicitante, así como el

impacto que dicha concesión representa sobre el manejo de su carga de trabajo. También se considerará la disponibilidad de recursos, de suerte que todos los jueces y las juezas puedan aprovechar al máximo las oportunidades de mejoramiento profesional que se les ofrecen.

En un período de cuarenta y cinco días desde la fecha en que fue recibida por la Junta Académica, ésta deberá evaluar la solicitud y someter sus recomendaciones al Juez Presidente o la Jueza Presidenta, quien tomará la determinación final. Toda concesión será evaluada, además, dentro del marco de posibilidades presupuestarias presentes al momento de la solicitud. Podrán recomendarse y aprobarse licencias sabáticas sin sueldo en casos de insuficiencia presupuestaria.

### Regla 8.  Notificación

El Juez Presidente o la Jueza Presidenta notificará oportunamente por escrito su decisión final al o la solicitante. Una vez concedida, la licencia sabática podrá ser interrumpida mediante requerimiento del Juez Presidente o de la Jueza Presidenta debidamente notificado, por razón de necesidades del servicio o cuando determine que no se está cumpliendo con el objetivo que motivó la concesión.

### Regla 9.  Compensación

Todo juez o toda jueza que disfrute de una licencia sabática recibirá su sueldo regular durante el término de ésta, excepto cuando se apruebe una licencia sabática sin sueldo, y no podrá ejercer función remunerada alguna durante ese período, salvo en las circunstancias permitidas por ley y por los reglamentos de personal de la Rama Judicial. Durante el uso de este tipo de licencia (con o sin sueldo) no se acumularán días por enfermedad ni por vacaciones regulares. Sin embargo, para efectos del sistema de retiro, se contará el tiempo de disfrute de licencia sabática con sueldo y se continuarán realizando los descuentos correspondientes al plan de retiro. Cuando se trate de licencia sabática sin sueldo, el periodo de licencia no se computará, sino que se extenderá la fecha de elegibilidad para retiro.

**Regla 10. Contrato para formalizar la concesión de sabática**

Se formalizará la determinación de concesión de sabática mediante un contrato en el cual comparecerán de la PRIMERA PARTE, la Rama Judicial, representada por la Directora Administrativa o el Director Administrativo de los Tribunales y de la SEGUNDA PARTE, el juez o la jueza beneficiario(a) de la sabática en su carácter personal y oficial. En ese contrato se estipularán los deberes del juez o de la jueza beneficiario(a) de la sabática quien, entre otras cláusulas, se comprometerá a lo siguiente:

1. Retornar a sus labores en la judicatura, conforme el término de su nombramiento, una vez finalice el término de la sabática.

2. Notificar al Juez Presidente o a la Jueza Presidenta, para su aprobación, todo cambio o alteración en los estudios, entrenamiento, investigación o actividad que motivó la concesión de la sabática.

3. Cumplir con las leyes aplicables y con este Reglamento, así como con las demás disposiciones legales, reglamentarias y contractuales.

4. Autorizar al Juez Presidente o a la Jueza Presidenta, o a quien designe para ello, para que pueda requerir de la universidad o institución correspondiente información sobre los estudios, entrenamiento, investigación, actividades, notas, conducta, asistencia u otros datos que estime pertinentes respecto al beneficiario de sabática y al cumplimiento de sus deberes y ejecutorias.

**Regla 11. Incumplimiento del Contrato**

El juez o la jueza beneficiario(a) de la sabática que haya suministrado información falsa o errónea respecto a su solicitud de sabática o que no cumpla los términos y condiciones del contrato que ha formalizado con la Rama estará sujeto a reembolsar la cantidad desembolsada por la Rama correspondiente al sueldo y cualquier ayuda económica que se le haya otorgado, si alguna, mientras estuvo en la sabática.

El reembolso deberá realizarse dentro de los seis (6) meses siguientes a la fecha de terminación de sus estudios, entrenamiento o investigación. El Juez Presidente o la Jueza Presidenta podrá establecer un plan de pago que cubra un período mayor de seis (6) meses en circunstancias que así lo justifiquen.

En cualquier momento, previa comprobación de que el beneficiario o la beneficiaria ha incumplido con los términos y condiciones establecidos para concederle la sabática, el Juez Presidente o la Jueza Presidenta podrá dar por terminado el contrato y proceder conforme lo establecido en esta Regla para efectos de reembolso.

La Directora Administrativa o el Director Administrativo de los Tribunales procederá al cobro de la cantidad correspondiente al reembolso conforme al procedimiento legal vigente relacionado con las reclamaciones a favor del Estado Libre Asociado de Puerto Rico.

El juez beneficiario o la jueza beneficiaria de la sabática que incumpla sus obligaciones y deberes como beneficiario(a) de una sabática estará sujeto(a) a la imposición de medidas disciplinarias conforme el procedimiento a tal fin establecido en Reglas de Disciplina Judicial.

El Juez Presidente o a la Jueza Presidenta podrá eximir del reembolso cuando corrobore mediante evidencia la existencia de causas que  lo justifiquen.

**Regla 12.  Informes**

Dentro de los sesenta días a partir de la fecha en que termine la licencia, el juez o la jueza que haya disfrutado de ésta vendrá obligado u obligada a rendir a la Junta Académica, por conducto de la Directora Administrativa o del Director Administrativo de los Tribunales, un informe escrito sobre las actividades realizadas durante la sabática, acompañado de la transcripción oficial del expediente de estudios académicos o de cualquier certificación, diploma o documento pertinente, si lo hubiere.  La Junta está facultada para solicitar a cualquier juez o jueza que se encuentre disfrutando de una licencia sabática aquellos informes periódicos o de progreso que

entienda necesarios. La Junta Académica examinará dichos informes y rendirá los informes periódicos correspondientes al Juez Presidente o Jueza Presidenta.

Además, de entenderlo necesario y conveniente para la Rama Judicial, el Juez Presidente, la Jueza Presidenta del Tribunal Supremo o la Junta Académica podrá requerirle a cualquier juez o jueza que haya disfrutado del beneficio de licencia sabática que rinda servicio como miembro del equipo docente de la Academia Judicial.

## Regla 13.  Convalidación

Los estudios, las investigaciones o las actividades realizadas por los jueces y las juezas durante las licencias sabáticas, se podrán convalidar, por recomendación de la Junta Académica, por los créditos u horas de educación jurídica continua que puedan requerirse en los programas de educación judicial.

## Regla 14.  Vigencia

Este  Reglamento entrará en vigor treinta (30) días a partir de su aprobación.